No. — – ——.   KOPITUK ET AL. *v.* UNITED STATES.   Motion of petitioners for leave to file an appendix to the petition for writ of certiorari that does not comply with the Rules of this Court granted.

No. A–872.   DABEIT *v.* UNITED STATES.   C. A. 5th Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–933.   WEECH ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Application to recall and stay the mandate, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. D–328.   IN RE DISBARMENT OF JUNCKER.   Disbarment entered.   [For earlier order herein, see 460 U. S. 1019.]

No. D–330.   IN RE DISBARMENT OF BLUESTEIN.   Disbarment entered.   [For earlier order herein, see 460 U. S. 1049.]

No. D–346.   IN RE DISBARMENT OF HOLLINGSWORTH.   It is ordered that Frederick E. Hollingsworth, of Boca Raton, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–347.   IN RE DISBARMENT OF ROCAP.   It is ordered that Read Rocap, Jr., of Media, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–348.   IN RE DISBARMENT OF DAVIS.   It is ordered that Gary A. Davis, of Columbia, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.